**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

FILED

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

2004 AUG 17 P 12: 16

Mary Wiggins
DEPUTY-IN-CHARGE
HARTFORD

U.S. DISTRICT COURT
HARTFORD, CT.

August 16, 2004

Francis Morrison
CityPlace
Hartford, CT 06103

    Re: Case Name: COMAIR ROTRON v NIDEC CORP, et al
        Number: 2-91-cv-32 (CFD)

Dear Attorney:

As the above matter has been disposed of in this court:

The defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.  860-240-3201

If they are not picked up by September 16, 2004, they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

        Sincerely,

        Kevin F. Rowe, Clerk

        BY _____
           Devorah Johnson
           Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: _8/17/04_

Picked up in Clerk's office 12:15 pm gw